UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TERRY ROSHAUN PRUITT ) | |
| ) | |
| vs. ) | Case No. 2:10-cv-08007-KOB-HGD |
| ) | |
| UNITED STATES OF AMERICA ) | |

### MEMORANDUM OPINION

On November 10, 2010, the magistrate judge's report and recommendation was entered and the parties were allowed fourteen days in which to file objections to the recommendations made by the magistrate judge. To date, neither petitioner nor respondent have filed objections.

After careful consideration of the record in this case and the magistrate judge's report and recommendation, the court hereby ADOPTS the report of the magistrate judge. The court further ACCEPTS the recommendations of the magistrate judge that the Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255 be denied.

A separate order in conformity with this Memorandum Opinion will be entered contemporaneously.

DONE this 7th day of April 2011.

_____
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE